540 A.2d 123

The HOME INSURANCE COMPANY

v.

UNITED STATES FIRE INSURANCE COMPANY and
Porter Brothers, Inc.

No. 175, Sept. Term, 1987.

Court of Appeals of Maryland.

April 13, 1988.

Daniel W. Whitney (David M. Buffington and Semmes, Bowen & Semmes, Baltimore), all on brief, for appellant.

James R. Eyler (Mauricio E. Barreiro, Miles & Stockbridge; Alva P. Weaver, III, and Weaver, Bendos & Clinnin, Baltimore), all on brief, for appellee.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

ORDER

PER CURIAM.

The appeal in this case having been taken in violation of the provisions of Maryland Rule 2–602 (formerly Rule 605), it is this 13th day of April, 1988

ORDERED, by the Court of Appeals of Maryland, that the appeal be, and it is herewith, dismissed. *See Washington Sub. San. Com'n v. Frankel,* 302 Md. 301, 487 A.2d 651 (1985); *Potter v. Bethesda Fire Dept., Inc.,* 302 Md. 281, 487 A.2d 288 (1985); *East v. Gilchrist,* 293 Md. 453, 445 A.2d 343 (1982); *Biro v. Schombert,* 285 Md. 290, 402 A.2d 71 (1979); *Carl Messenger Service v. Jones,* 72 Md.App. 1, 527 A.2d 763 (1987); *Harford Sands, Inc. v. Levitt & Sons,*

27 Md.App. 702, 343 A.2d 544, *cert. denied*, 276 Md. 744 (1975); and it is further

ORDERED that costs be paid by the appellant. Mandate to issue forthwith.